AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Laura Ramirez, James Ramirez, and Anthony Ramirez,
    Plaintiffs,

V.

City of Chicago, et al.,
    Defendants.

CASE NUMBER: **05C 0317**

ASSIGNED JUDGE: **JUDGE SHADUR**

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

Chicago Police Officer Egan
Chicago Police Department
Office of Legal Affairs
3510 S. Michigan Ave., 5th Floor
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Loevy & Loevy
312 N. May St.
Suite 100
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | January 19, 2005 |
| NAME OF SERVER *(PRINT)* | TITLE |
| Andy Thayer | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Via certified mail, return receipt requested, to Chicago Police Officer Egan, Chicago Police Department, Office of Legal Affairs, 3510 S. Michigan Avenue, 5th floor, Chicago, IL 60653

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/19/05
            Date          *Signature of Server*

Loevy & Loevy, 312 N. May Street, Suite 100, Chicago, IL 60607
*Address of Server*

FILED
JAN 20 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.