IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURA RAMIREZ, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 05 C 317 |
| CITY OF CHICAGO, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Carl Suchocki ("Suchocki"), one of the defendants in this action, filed motions to compel back in August (Dkt. Nos. 241 and 243). Since then counsel for Suchocki have withdrawn, and he has failed to replace counsel or to attend interim status hearings. Accordingly the motions are denied for want of prosecution, but without prejudice to the submission of any appropriate procedural motions as and when new counsel appear for Suchocki.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 31, 2007