```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
```

LAURA RAMIREZ, et al.,            )
                                  )
             Plaintiffs,          )
                                  )
    v.                            )      No.  05 C 317
                                  )
CITY OF CHICAGO, et al.,          )
                                  )
             Defendants.          )

                          MEMORANDUM ORDER

At regular intervals (normally in the ten day to two week range) this Court obtains an updated computer-generated Motions Report, reflecting all motions that--at least in computerese--are still pending in cases assigned to this Court's calendar.[1] Four motions in this case appear on the current (October 28) printout and are addressed here.

Dkt. 414 is defendants' renewed motion to bifurcate the impending trial of this action. That motion is denied, particularly in light of the parties' recent entry into a stipulation that eliminates Monell considerations from the case.

Dkt. 423 is plaintiffs' omnibus motion in limine filed in

---

[1] Those printouts are useful in many respects, including the identification of (1) any motions that this Court has in fact ruled on but as to which the rulings have not found their way to the electronic records, (2) any motions that this Court has not seen because moving counsel have failed to comply with this District Court's LR 5.2(f) requirement that a paper copy be delivered to this Court's chambers, (3) any motions that have inexplicably disappeared from this Court's internally maintained checklist and are therefore off the radar screen--and the list could go on.

mid-October. Defense counsel are ordered to respond to that motion promptly (ten days or so should be time enough) to enable this Court to rule.

Dkt. 425 is plaintiffs' motion for the dismissal of various individually named defendants. Again the stipulation referred to earlier obviates the need for retention of those individuals as formal parties defendant, and the motion is granted.

Dkt. 429 is a pending motion, filed under seal, whose disposition is dependent on other unresolved matters of trial procedure and trial substance. It will remain pending for the present.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 31, 2011