Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 317 | **DATE** | 8/13/2012 |
| **CASE TITLE** | Laura Ramirez, et al vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Jury Trial held and completed. Jury returns a verdict in favor of the defendants as to all claims. Enter Verdict.

Docketing to mail notices.

04:35

| | Courtroom Deputy Initials: | SN |
|---|---|---|